# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH H. SCHNITT, III | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No: 25-4111 |
| | * |
| PAMELA J. BONDI et al. | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

NOW COMES the Plaintiffs, by and through their undersigned counsel, to respectfully inform the Court that the U.S. Attorney for the District of Columbia acknowledged service was effected on November 25, 2025. Exhibit "1".

Date:   December 5, 2025

Respectfully submitted,

*s/ Mark S. Zaid*

---

Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Ste 700
Washington, D.C. 20036
(202) 498-0011
Mark@MarkZaid.com

Attorney for Plaintiff