# Gmail
Mark S. Zaid, P.C. <mark@markzaid.com>

---

### Activity in Case 1:25-cv-04111-CRC SCHNITT v. BONDI et al Summons Issued Electronically as to AUSA

USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>  Fri, Dec 5, 2025 at 1:30 PM
To: "Mark S. Zaid, P.C." <mark@markzaid.com>, USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
Cc: Brad Moss <brad@markzaid.com>, Geoffrey Deweese <geoffrey@markzaid.com>

The summons and complaint have been received by email, with a service date of November 25, 2025.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

---

**From:** Mark S. Zaid, P.C. <mark@markzaid.com>
**Sent:** Tuesday, November 25, 2025 6:15 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Brad Moss <brad@markzaid.com>; Mark S. Zaid, P.C. <mark@markzaid.com>; Geoffrey Deweese <geoffrey@markzaid.com>
**Subject:** [EXTERNAL] Fwd: Activity in Case 1:25-cv-04111-CRC SCHNITT v. BONDI et al Summons Issued Electronically as to AUSA

To Whom It May Concern:

Please see attached the Summons and Complaint in the below matter for purposes of service upon the U.S. Attorney's Office.

Please acknowledge the confirmed date of receipt at your earliest convenience.

Thank you, and have a very enjoyable Thanksgiving holiday.

Mark

---------- Forwarded message ---------
From: <DCD_ECFNotice@dcd.uscourts.gov>
Date: Tue, Nov 25, 2025 at 9:25 AM
Subject: Activity in Case 1:25-cv-04111-CRC SCHNITT v. BONDI et al Summons Issued Electronically as to AUSA
To: <DCD_ECFNotice@dcd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the**

parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 11/25/2025 at 9:24 AM EDT and filed on 11/25/2025

**Case Name:** SCHNITT v. BONDI et al

**Case Number:** 1:25-cv-04111-CRC

**Filer:**

**Document Number:** 3

**Docket Text:**
**SUMMONS (3) Issued Electronically as to All Defendants, U.S. Attorney and U.S. Attorney General (Attachments: # (1) Notice and Consent)(znmw)**

**1:25-cv-04111-CRC Notice has been electronically mailed to:**

Mark Steven Zaid     Mark@MarkZaid.com, ZaidMS@aol.com

**1:25-cv-04111-CRC Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=11/25/2025] [FileNumber=9843436-0
] [55751d8a76ebc8fa8bfdd47724e91f1b43ca48878916975efe46c8a32a91670786a
b520a5fe64053c08cf616145a9ba0b92a6393a1e71334568fc7658d142b09]]
**Document description:** Notice and Consent
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=11/25/2025] [FileNumber=9843436-1
] [9de2159b3317d5901f44f3962afd97cfac85e41a471fa318ada9a9cebf06f4904c2
b5ec0913603595793c107667a482d27f8ace982e02088c3a4b217a4d303d2]]

--

_____
This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged.  Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof.  Thank you.