UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH H. SCHNITT, III,

        *Plaintiff,*

   v.

PAMELA J. BONDI, in her official capacity as
Attorney General, *et al.,*

        *Defendants.*

Civil Action No. 25-4111 (CRC)

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Benjamin H. Zieman as counsel for Defendants in the above-captioned case, substituting for Assistant United States Attorney Heather Graham-Oliver.

Dated: February 4, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Benjamin H. Zieman*
     BENJAMIN H. ZIEMAN
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     Phone: (202) 252-2540

*Attorney for the United States of America*