## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH H. SCHNITT, III,<br><br>   *Plaintiff*,<br><br> v.<br><br>PAMELA J. BONDI, in her official capacity as Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530;<br><br>DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Avenue NW,<br>Washington, DC 20530; and<br><br>UNITED STATES OF AMERICA,<br>Washington, DC 20500,<br><br>   *Defendants*. | Civil Action No. 25-4111 (CRC) |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants respectfully move to dismiss Plaintiff's Complaint, ECF No. 1, in its entirety, for lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted. A memorandum of law in support and a proposed order are filed as attachments to this motion.

Dated: February 25, 2026                    Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Assistant Attorney General
                                            Civil Division

                                            CHRISTOPHER R. HALL
                                            D.C. Bar No. 468827
                                            Assistant Branch Director
                                            Federal Programs Branch

                                            */s/ William S. Jankowski*
                                            WILLIAM S. JANKOWSKI
                                            D.C. Bar No. 90021524
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street NW
                                            Washington, DC 20530
                                            (202) 353-7578
                                            william.s.jankowski@usdoj.gov

                                            *Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I, William S. Jankowski, hereby certify that on February 25, 2026, I electronically filed the foregoing, and all its attachments, using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

    <u>*/s/ William S. Jankowski*</u>
    William S. Jankowski

    *Counsel for Defendants*