**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOSEPH H. SCHNITT, III                    *
                                          *
   Plaintiff,                            *
                                          *
   v.                                    *          Civil Action No: 25-4111 (CRC)
                                          *
PAMELA J. BONDI et al.                    *
                                          *
Defendants.                               *
*        *        *        *        *        *        *        *        *        *        *        *        *

**ORDER**

    Upon consideration of the Defendants' Motion to Dismiss, and the entire record herein, it is

this _____ day of _____ 2026, hereby,

    ORDERED, that the Motion is denied

_____
UNITED STATES DISTRICT JUDGE