**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOSEPH H. SCHNITT, III                    *
                                          *
   Plaintiff,                             *
                                          *
   v.                                     *        Civil Action No: 25-4111 (CRC)
                                          *
PAMELA J. BONDI et al.                    *
                                          *
   Defendants.                            *
*      *      *      *      *      *      *      *      *      *      *      *

**NOTICE OF FILING OF RELEVANT DISTRICT COURT DECISION**

NOW COMES the Plaintiff Joseph H. Schnitt, III, by and through his undersigned counsel, to respectfully submit to the Court a decision issued on April 15, 2026, a copy of which is attached at Exhibit "1", by the U.S. District Court for the Eastern District of Virginia in *Comans v. Executive Office of the President et al.*, Civil Action No. 25-cv-01237-MSN-WEF, which involves similar issues relating to the Executive Branch use of Article II for the basis of employment termination, the Civil Service Reform Act and "channeling" to the Merit System Protect Board. The Honorable Michael S. Nachmanoff held that "Plaintiff's due process claims are not channeled away from this Court. In fact, jurisdiction in federal district court, and not the MSPB, is mandatory." *Id*. at *4-5.

Date:   April 17, 2026

                               Respectfully submitted,

                                 *s/ Mark S. Zaid*

                                 _____

                                 Mark S. Zaid, Esq.
                                 D.C. Bar #440532
                                 Mark S. Zaid, P.C.
                                 1250 Connecticut Avenue, N.W., Ste 700
                                 Washington, D.C. 20036
                                 (202) 498-0011
                                 Mark@MarkZaid.com

                                 Attorney for Plaintiff