**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOSEPH H. SCHNITT, III | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No: 25-4111 (CRC) |
| | * | |
| TODD BLANCHE et al. | * | |
| | * | |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF FILING OF RELEVANT DISTRICT COURT DECISION

NOW COMES the Plaintiff Joseph H. Schnitt, III, by and through his undersigned counsel, to respectfully submit to the Court a decision issued on April 28, 2026, a copy of which is attached at Exhibit "1", by the U.S. District Court for the Southern District of New York in *Comey v. Department of Justice et al.*, Civil Action No. 25-CV-7625 (JMF), which involves similar issues relating to the Executive Branch use of Article II for the basis of employment termination, the Civil Service Reform Act and "channeling" to the Merit System Protect Board. The Honorable Jesse M. Furman retained jurisdiction and held that "the Court concludes that Comey's case does not fall within the purview of the CSRA's scheme because she was fired pursuant to Article II of the Constitution, not pursuant to the CSRA itself." *Id*. at \*2.

Date:   April 28, 2026

Respectfully submitted,

*s/ Mark S. Zaid*

_____

Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W., Ste 700
Washington, D.C. 20036
(202) 498-0011; Mark@MarkZaid.com
Attorney for Plaintiff