**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOSEPH H. SCHNITT, III,

*Plaintiff*,

v.

TODD BLANCHE, in his official capacity as Attorney General, *et al.*,

*Defendants*.

Civil Action No. 25-4111 (CRC)

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF BRIEFING DEADLINES AND CONTINUANCE OF HEARING**

On August 25, 2026, the Court ordered the parties to appear for a hearing on Defendants' pending motion to dismiss (ECF No. 9) at 11:00 AM on September 16, 2026. *See* Min. Order (Aug. 25, 2026). The Court invited Plaintiff to file a supplemental brief addressing two questions that the Court identified by no later than September 8, 2026. *See id.* The Court invited Defendants to file a response by no later than September 14, 2026. *See id.*

For good cause, Defendants respectfully move the Court for a fourteen-day extension of the Court's briefing deadlines and a fourteen-day continuance of the scheduled hearing on Defendants' motion to dismiss. Defendants have conferred with counsel for Plaintiff as to this request, and Plaintiff has consented.

In support of this motion, Defendants state as follows:

1. Plaintiff filed his complaint on November 24, 2025, and effected service on November 25, 2025. *See* ECF No. 1; ECF No. 4.

2. Under Federal Rules of Civil Procedure 6(a)(1)(C) and 12(a)(2), Defendants' response to the complaint was due by January 26, 2026.

3. The Court granted Defendants' *nunc pro tunc* request for an extension of time to respond, extending it to February 25. *See* Min. Order (Jan. 30, 2026). On that day, Defendants moved to dismiss Plaintiff's complaint for lack of jurisdiction and failure to state a claim upon which relief can be granted. *See* ECF No. 9.

5. On March 6, Plaintiff requested a three-week extension to respond to Defendants' motion, *see* ECF No. 10, which the Court granted. *See* Min. Order (Mar. 9, 2026).

6. On April 7, Defendants requested a two-week extension to file a reply in support of their motion to dismiss, *see* ECF No. 12, which the Court granted. *See* Min. Order (Apr. 8, 2026). Defendants filed that reply on April 23, 2026. *See* ECF No. 14.

7. Good cause exists for this scheduling relief. Pursuant to preplanned leave, undersigned counsel is out of the country during the Court's ordered briefing period. Further, counsel is facing significant deadlines in multiple actions, including before this Court. Imminent deadlines include filing an answer or other dispositive motion in *WuXi AppTec Co. v. U.S. Department of Defense*, No. 26-cv-2069 (D.D.C.), by September 1. Briefing is ongoing in *Quectel Wireless Solutions Co. v. U.S. Department of Defense*, No. 26-cv-1605 (D.D.C.)—Plaintiff will file a dispositive motion by September 11, and Defendants intend to file a cross-motion by October 2. And litigation activities are ongoing in *Beatty v. Trump*, No. 25-cv-4480 (D.D.C.), which activities will likely necessitate counsel's attention during the week of September 14. Those deadlines, in conjunction with counsel's planned leave, provide good cause to extend and continue the Court's briefing and hearing schedule by two weeks.

7. For good cause shown, Defendants thus request that the Court extend the parties' briefing deadlines by two weeks—*i.e.*, to September 22 for Plaintiff and to September 28 for Defendants. Defendants further request that the Court continue the hearing scheduled for 11:00

AM on September 16, 2026 to 11:00 AM on September 30, 2026, or to a date thereafter convenient for the Court. Undersigned counsel understands that Plaintiff's counsel is also available for a hearing at that specified date and time; further, both counsel are available for a hearing at any time on September 30. To the extent that the Court's schedule does not permit scheduling a hearing on September 30, undersigned counsel understands that both counsel are also available for a hearing at any time on September 29 or on October 6.

A proposed order is attached.

Dated: August 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*