**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH H. SCHNITT, III,<br><br>*Plaintiff*,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530;<br><br>DEPARTMENT OF JUSTICE, 950 Pennsylvania Avenue NW, Washington, DC 20530; and<br><br>UNITED STATES OF AMERICA, Washington, DC 20500,<br><br>*Defendants*. | Civil Action No. 25-4111 (CRC) |

**DEFENDANTS' RENEWED MOTION TO DISMISS**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendants respectfully move to dismiss Plaintiff's First Amended Complaint, ECF No. 19, in its entirety, for lack of subject-matter jurisdiction. A memorandum of law in support and a proposed order are filed as attachments to this motion.

Dated: November 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director
Federal Programs Branch

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, William S. Jankowski, hereby certify that on November 6, 2026, I electronically filed the foregoing, and all its attachments, using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

*/s/ William S. Jankowski*
William S. Jankowski

*Counsel for Defendants*